Esther Joy, appellant, v. City of Chicago, appellee.  Gen. No. 30,871.
Trespass on the case for personal injuries.  Judgment for defend-
ant.  Appeal from the Superior Court of Cook county; the Hon.
Hosea W. Wells, Judge, presiding.  Heard in the third division of this
court for the first district at the March term, 1926.  Reversed and
remanded with directions.  Opinion filed November 17, 1926.
James H. Turner, for appellant.  Francis X. Busch, Corporation
Counsel, and John J. Kelly, City Attorney, for appellee; Daniel V.
Gallery, Assistant Corporation Counsel, of counsel.
Mr. Presiding Justice Taylor delivered the opinion of the court.

The People of the State of Illinois ex rel. Helen Johnson, appellee,
v. Sam Scott, appellant.  Gen. No. 30,972.
Bastardy proceeding.  Judgment of filiation and for maintenance.
Appeal from the Municipal Court of Chicago; the Hon. William L.
Morgan, Judge, presiding.  Heard in the third division of this court
for the first district at the March term, 1926.  Affirmed.  Opinion
filed November 17, 1926.
Arnold M. Ehrlich and Elwyn E. Long, for appellant.  Robert E.
Crowe, State's Attorney, for appellee; Edward E. Wilson and Clarence
E. Nelson, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice Taylor delivered the opinion of the court.

Gustave C. Spengler, appellee, v. Max Herman and Dora Herman,
appellants.  Gen. No. 31,023.
Suit for money loaned.  Judgment for plaintiff.  Appeal from the
Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, pre-
siding.  Heard in the third division of this court for the first dis-
trict at the March term, 1926.  Affirmed.  Opinion filed November 17,
1926.  Rehearing denied December 2, 1926.
Eugene Bernstein and Albert E. Gordon, for appellants; Harry A.
Linaweaver, Jr., of counsel.  Joel Baker, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.

Charles A. Stevens & Brothers, appellee, v. W. O. Carr, appellant.
Gen. No. 31,075.
Suit for goods sold and delivered.  Judgment for plaintiff.  Appeal
from the Municipal Court of Chicago; the Hon. Lawrence B. Jacobs,
Judge, presiding.  Heard in the third division of this court for the
first district at the March term, 1926.  Affirmed.  Opinion filed Novem-
ber 17, 1926.
Charles C. Bombaugh, for appellant.  Wiley E. Hosier, for appellee.
Mr. Presiding Justice Taylor delivered the opinion of the court.